1  KEKER & VAN NEST LLP
   ASHOK RAMANI - # 200020
2  aramani@kvn.com
   KHARI J. TILLERY - # 215669
3  ktillery@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
5  Facsimile:  415 397 7188

6  Attorneys for Defendants
   WILLIAM HAMBRECHT, AND
7  THE HAMBRECHT 1980 REVOCABLE TRUST

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 HDNet, LLC,                        Case No. 12-mc-80265 CRB (JSC)

12         Plaintiff,                 **JOINT STIPULATION TO EXTEND
                                      BRIEFING AND HEARING SCHEDULE
13      v.                            ON PLAINTIFF'S CHARGING MOTIONS**

14 WILLIAM HAMBRECHT, et al.,

15         Defendants.

JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S
CHARGING MOTIONS
Case No. 12-mc-80265 CRB (JSC)

755640.01

WHEREAS, Plaintiff HDNet, LLC on May 7 filed eight separate Notices of Motion and Motions for Orders Charging judgment Debtors' Limited Liability Company and Partnership Interests [Dkt. Nos. 33-40] (collectively "Motions").

WHEREAS, the current schedule requires Defendants William Hambrecht and The Hambrecht 1980 Revocable Trust to oppose the Motions by May 21, 2013, HDNet, LLC to file any replies by May 28, 2013, and for the motions to come up for hearing on June 20, 2013 at 9:00 a.m.

WHEREAS, the parties wish to extend the briefing and hearing schedule because they are seeking to resolve this dispute by early June.

THEREFORE, the parties stipulate and request that the Court modify the briefing schedule on the Motions as follows:

- Oppositions due by June 6, 2013;
- Replies due by June 13, 2013;
- Hearing on June 27, 2013 or whatever other date is convenient for the Court.

Respectfully submitted,

Dated: May 16, 2013                KEKER & VAN NEST LLP

By: /s/ Ashok Ramani
ASHOK RAMANI
KHARI J. TILLERY

Attorneys for Defendants
WILLIAM HAMBRECHT, AND
THE HAMBRECHT 1980 REVOCABLE
TRUST.

Dated: May 16, 2013                WOLF GROUP L.A.

Dated: 5/17/2013

By: /s/ Michael S. Abrams
ELLEN K. WOLF
MICHAEL S. ABRAMS

Attorneys for Judgment Creditor
HDNET, LLC.

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

1
JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S CHARGING MOTIONS
Case No. 12-mc-80265 CRB (JSC)

755640.01