1  KEKER & VAN NEST LLP
   ASHOK RAMANI - # 200020
2  aramani@kvn.com
   KHARI J. TILLERY - # 215669
3  ktillery@kvn.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
5  Facsimile:   415 397 7188

6  Attorneys for Defendants
   WILLIAM HAMBRECHT, AND
7  THE HAMBRECHT 1980 REVOCABLE TRUST

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 HDNet, LLC,                          | Case No. 12-mc-80265 CRB (JSC)

12          Plaintiff,                  | **FURTHER JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S CHARGING MOTIONS**

13     v.

14 WILLIAM HAMBRECHT, et al.,

15          Defendants.

FURTHER JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON
PLAINTIFF'S CHARGING MOTIONS
Case No. 12-mc-80265 CRB (JSC)

755640.02

WHEREAS, Plaintiff HDNet, LLC on May 7 filed eight separate Notices of Motion and Motions for Orders Charging judgment Debtors' Limited Liability Company and Partnership Interests [Dkt. Nos. 33-40] (collectively "Motions").

WHEREAS, the parties on May 16, 2013 stipulated to extend the briefing and hearing schedules such that oppositions come due by June 6, replies by June 13, and the hearing occur on June 27 or whatever other date is convenient for the Court;

WHEREAS, the parties wish to extend further the briefing and hearing schedule because they are still seeking to resolve this dispute and expect to do so by late June.

THEREFORE, the parties stipulate and request that the Court modify the briefing schedule on the Motions as follows:

- Oppositions due by June 21, 2013;
- Replies due by June 28, 2013;
- Hearing on July 11, 2013 or whatever other date is convenient for the Court.

Respectfully submitted,

Dated: June 5, 2013					KEKER & VAN NEST LLP

							By: /s/ Ashok Ramani
							ASHOK RAMANI
							KHARI J. TILLERY

							Attorneys for Defendants
							WILLIAM HAMBRECHT, AND
							THE HAMBRECHT 1980 REVOCABLE TRUST.

Dated: June 5, 2013					WOLF GROUP L.A.

							By: /s/ Michael S. Abrams
							ELLEN K. WOLF
							MICHAEL S. ABRAMS

I, Ashok Ramani, hereby attest that Michael S. Abrams has authorized me to sign and file this document on his behalf.

							Attorneys for Judgment Creditor
							HDNET, LLC.

Dated: 6/5/2013

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S CHARGING MOTIONS
Case No. 12-mc-80265-CRB (JSC)

755640.02