KEKER & VAN NEST LLP
ASHOK RAMANI - # 200020
aramani@kvn.com
KHARI J. TILLERY - # 215669
ktillery@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants
WILLIAM HAMBRECHT, AND
THE HAMBRECHT 1980 REVOCABLE TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HDNet, LLC, | Case No. 12-mc-80265 CRB (JSC) |
|---|---|
| Plaintiff, | **FURTHER JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S CHARGING MOTIONS** |
| v. | |
| WILLIAM HAMBRECHT, et al., | |
| Defendants. | |

FURTHER JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON
PLAINTIFF'S CHARGING MOTIONS
Case No. 12-mc-80265 CRB (JSC)

755640.02

1  WHEREAS, Plaintiff HDNet, LLC on May 7 filed eight separate Notices of Motion and Motions for Orders Charging judgment Debtors' Limited Liability Company and Partnership Interests [Dkt. Nos. 33-40] (collectively "Motions").

WHEREAS, the parties on May 16, 2013 stipulated to extend the briefing and hearing schedules such that oppositions come due by June 6, replies by June 13, and the hearing occur on June 27 or whatever other date is convenient for the Court;

WHEREAS, the parties wish to extend further the briefing and hearing schedule because they are still seeking to resolve this dispute and expect to do so by late June.

THEREFORE, the parties stipulate and request that the Court modify the briefing schedule on the Motions as follows:

- Oppositions due by June 21, 2013;
- Replies due by June 28, 2013;
- Hearing on July 11, 2013 or whatever other date is convenient for the Court.

Respectfully submitted,

Dated: June 5, 2013　　　　KEKER & VAN NEST LLP

By: /s/ Ashok Ramani
ASHOK RAMANI
KHARI J. TILLERY

Attorneys for Defendants
WILLIAM HAMBRECHT, AND
THE HAMBRECHT 1980 REVOCABLE TRUST.

Dated: June 5, 2013　　　　WOLF GROUP L.A.

By: /s/ Michael S. Abrams
ELLEN K. WOLF
MICHAEL S. ABRAMS

Attorneys for Judgment Creditor
HDNET, LLC.

I, Ashok Ramani, hereby attest that Michael S. Abrams has authorized me to sign and file this document on his behalf.

Dated: 6/5/2013

GRANTED
Judge Jacqueline Scott Corley

JOINT STIPULATION TO EXTEND BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S CHARGING MOTIONS
Case No. 12-mc-80265 CRB (JSC)

755640.02